THE CITY OF WHITE PLAINS, Respondent, v. AUSTIN K. GRIFFEN, VERNON N. BAILEY and ISAAC CARPENTER, JR., as Successor Trustees for the Benefit of Holders of Mortgage Investments Issued and Guaranteed by WESTCHESTER TITLE & TRUST COMPANY under Series No. 38-F, and Others, Appellants.— In an action brought to foreclose certain transfers of tax liens on real property, held by the plaintiff municipality, the defendants, trustees of a certificated mortgage issue, who are the owners of the equity of redemption, appeal from an order restrain-

ing them, until the delivery of the referee's deed, from removing top soil from such real property, and granting other appropriate relief. Order, in so far as an appeal is taken therefrom, affirmed, with ten dollars costs and disbursements. No opinion. Lazansky, P. J., Davis, Adel, Taylor and Close, JJ., concur.